No. 04-98-00457-CR



Jerry A. PORTER,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No. 6, Bexar County, Texas


Trial Court No. 605711


Honorable Ray Adams, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: November 12, 1998


DISMISSED


 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH




Return to
4th Court of Appeals Opinions